IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DENIS SEYNHAEVE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. AMD 00-1769 |
| PLAZA STREET HOLDINGS, INC., et al., | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendants' Motion for a One Week Extension of Time to File Answer or Other Responsive Pleading it is this 26 day of July, 2000, hereby ORDERED that

Defendants' Motion be, and the same hereby is, GRANTED.

_____
Judge, United States District Court
For the District of Maryland