IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DENIS SEYNHAEVE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. AMD 00-1769 |
| PLAZA STREET HOLDINGS, INC., et al., | ) |
| Defendants. | ) |

### ORDER

Upon consideration of Defendants' Motion for a Four Week Extension of Time to File Answer or Other Responsive Pleading it is this 1ST day of August, 2000, hereby ORDERED that

Defendants' Motion be, and the same hereby is, GRANTED.

_____
Judge, United States District Court
For the District of Maryland

