IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DENIS SEYNHAEVE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. AMD 00-1769 |
| PLAZA STREET HOLDINGS, INC., et al., | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendants' Motion for a Four Week Extension of Time to File Answer or Other Responsive Pleading it is this 24 day of August, 2000, hereby ORDERED that

Defendants' Motion be, and the same hereby is, GRANTED.

_____
Judge, United States District Court
For the District of Maryland

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consent Motion for Four Week Extension of Time to File Answer or Other Responsive Pleading and Proposed Order were served, via US Mail, this 23d day of August 2000, on:

> Michael Schatzow, Esq.
> Venable, Baetjer and Howard, LLP
> Two Hopkins Plaza - Suite 1800
> Baltimore, MD  21201-2978

_____
William A. Davis

DCDOCS:177831.1(3T7R01!.DOC)