IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DENIS SEYNHAEVE, et al.,
      Plaintiffs

v.                                    CIVIL NO. AMD 00-1769

PLAZA STREET HOLDINGS, INC.,
et al.,
      Defendants

...oOo...

ORDER

In accordance with the joint request of the parties, it is this 19th day of September, 2000, by the United States District Court for the District of Maryland ORDERED

(1)    That this case is DISMISSED WITH PREJUDICE; and it is further ORDERED

(2)    That the Clerk shall CLOSE THIS CASE and TRANSMIT a copy of this Order to all counsel.

 

_____
ANDRÉ M. DAVIS
United States District Judge

