UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

September 19, 2000

2000 SEP 19  A 10: 59

CLERK'S OFFICE
AT BALTIMORE

_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

SEP 1 9 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

MEMORANDUM TO COUNSEL RE:   ~~Seynhaeve~~ v. Plaza Street Holdings, Inc.
                             Case No. AMD 00-1769

    I have in hand your letter of September 15, 2000. I have entered the Order accompanying this memorandum dismissing this case. I have grave doubt that you will persuade me that the court file should be sealed, but I would be happy to consider a properly supported request. I look forward to hearing from you further.

                        Very truly yours,

                        Andre M. Davis
                        United States District Judge

AMD:tt
cc: Court file

